FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 10 2010

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA      PLAINTIFF

v.      NO. 4:99CR00051-01 JLH

TERRY MCGEE      DEFENDANT

## JUDGMENT and COMMITMENT ORDER

Court convened on Thursday, June 10, 2010, for a hearing on the government's motion and supplemental motions to revoke supervised release. Assistant United States Attorney John Ray White, standing in for Assistant United States Attorney Karen Whatley, was present for the government. The defendant appeared in person with his attorney, Assistant Federal Public Defender Chris Tarver. United States Probation Officer Brent Young was also present.

Based on the defendant's admission of the violations contained in the motions regarding drug usage, the Court determined that defendant's supervised release should be revoked. The motion and supplemental motions to revoke supervised release are granted. Documents #58, #60, #62, and #74.

IT IS THEREFORE ORDERED that defendant be committed to the custody of the Bureau of Prisons for a term of **FIVE (5) MONTHS with no term of supervised release to follow.**

Defendant is allowed to remain on his current conditions of release and self-report to the designated Bureau of Prisons facility by *2:00 p.m. on Monday, July 12, 2010.* The Court recommends defendant participate in nonresidential substance abuse treatment while incarcerated. The Court further recommends that defendant be placed in the FCI Forrest City facility so as to remain near his family.

IT IS FURTHER ORDERED that in the event defendant has one presumptive positive drug test prior to self-reporting to begin service of his sentence, that he is to immediately self-surrender

to the United States Marshals Service to begin serving his sentence.

IT IS SO ORDERED this __10th__ day of June, 2010.

                                                     _____
                                                    J. LEON HOLMES
                                                    UNITED STATES DISTRICT JUDGE